**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Zohar III, Corp., | ) | Case No. 18-10512 (KBO) |
| Debtor. | ) | |
| In re: | ) | Chapter 11 |
| Zohar II 2005-1, Corp., | ) | Case No. 18-10513 (KBO) |
| Debtor. | ) | |
| In re: | ) | Chapter 11 |
| Zohar CDO 2003-1, Corp., | ) | Case No. 18-10514 (KBO) |
| Debtor. | ) | |
| In re: | ) | Chapter 11 |
| Zohar III, Limited, | ) | Case No. 18-10515 (KBO) |
| Debtor. | ) | |
| In re: | ) | Chapter 11 |
| Zohar II 2005-1, Limited, | ) | Case No. 18-10516 (KBO) |
| Debtor. | ) | |

|  | ) |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Zohar CDO 2003-1, Limited, | ) | Case No. 18-10517 (KBO) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) | **Ref. Docket No. 3504** |

## FINAL DECREE CLOSING EACH OF THE DEBTORS' CASES OTHER THAN THE CASE OF ZOHAR III, CORP.

Upon consideration of the motion (the "Motion")[1] of the Wind-Down Administrator for entry of a final decree, pursuant to sections 105(a) and 350(a) of the Bankruptcy Code, Rule 3022 of the Bankruptcy Rules, and Local Rule 3022-1, (a) closing each of the Closed Cases and leaving open the Remaining Case; (b) providing that, subsequent to the entry of the Proposed Final Decree, any pending or future matters regarding the Closed Cases shall be addressed in the Remaining Case; (c) waiving certain reporting requirements; and (d) amending the caption of the Remaining Case; and it appearing that due and sufficient notice of the Motion has been given under the circumstances; and it appearing that no other or further notice of the Motion is required; and it appearing that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334, the Amended Standing Order, and Article XII of the Plan; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation; and sufficient cause appearing for the relief requested in the Motion; **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is granted as set forth herein.

2. The chapter 11 cases of:

    a. Zohar II 2005-1, Corp. (Case No. 18-10513);

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

      b.      Zohar CDO 2003-1, Corp. (Case No. 18-10514);

      c.      Zohar III, Limited (Case No. 18-10515);

      d.      Zohar II 2005-1, Limited (Case No. 18-10516); and

      e.      Zohar CDO 2003-1, Limited (Case No. 18-10517)

are hereby closed effective as of the date of the entry of this Final Decree.

3.      The Remaining Case shall remain open and shall be administered under the following amended caption:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp.,[1] | Case No. 18-10512 (KBO) |
| Debtor. | |

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Zohar III, Corp, (9612). The Debtors' address is c/o Province, LLC 70 Canal Street, Suite 12E, Stamford, CT 06902. In addition to Zohar III, Corp., the Debtor's affiliates include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Zohar II 2005-1, Corp. (4059) (Case No. 18-10513); Zohar CDO 2003-1, Corp. (3724) (Case No. 18-10514); Zohar III, Limited (9261) (Case No. 18-10515); Zohar II 2005-1, Limited (8297) (Case No. 18-10516); Zohar CDO 2003-1, Limited (5119) and (Case No. 18-10517). All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such Closed-Case debtors, are administered in this remaining chapter 11 case.

4.      The Clerk of the Court shall enter this Final Decree individually on the docket of each of the Closed Cases and thereafter such dockets shall be marked as "Closed."

5.      All motions, contested matters, and adversary proceedings that remain open as of the date of this Final Decree, or that are opened after the date of this Final Decree, with respect to the Debtors will be administered in the Remaining Case.

6.      All Debtors whose cases are closed pursuant to this Order shall provide to the U.S. Trustee all quarterly reports not already filed, including reports for any partial quarter, within 21 days after entry of this Order, and pay any fees due to the U.S. Trustee pursuant to 28 U.S.C. §

1930 ("Quarterly Fees"), including Quarterly Fees for disbursements up through the date of entry of this Order, even if for a partial quarter, within 28 days after entry of this Order, provided, however, that if any Debtor seeks to dissolve prior to 28 days after the entry of this Order, such Debtor shall pay all Quarterly Fees to the U.S. Trustee prior to dissolving. The final report for the Debtors in the Closed Cases required under Local Rule 3022-1(c) shall be included as part of a consolidated report for all of the Debtors and filed in connection with the closure of the Remaining Case.

8. Entry of this Final Decree is without prejudice to the rights of any party to seek to reopen the Closed Cases pursuant to section 350(b) of the Bankruptcy Code.

9. The Wind-Down Administrator is authorized to take all actions that may be necessary to undertake the relief granted in this Final Decree.

10. This Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this Final Decree.

**Dated: September 13th, 2022**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**